**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**December 19, 2024**

_____

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

CHANCE EVERETT REESE,

    Defendant - Appellant.

No. 24-6131
(D.C. No. 5:23-CR-00318-SLP-1)
(W.D. Okla.)

_____

### ORDER AND JUDGMENT[*]
_____

Before **MATHESON**, **EBEL**, and **EID**, Circuit Judges.
_____

The government moves to enforce Chance Reese's appeal waiver. *See United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc) (per curiam). Mr. Reese concedes the motion, so we grant it. This appeal is dismissed.

Entered for the Court

Per Curiam

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.